IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLENN W. GUILLORY, SR.,<br><br>          Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>          Defendant. | **8:18CV499**<br><br>**ORDER** |

This matter comes before the Court on the parties' Stipulation to Dismiss with Prejudice (Filing No. 28) of this case. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs.

Dated this 4th day of November, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge